


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 20, 2020

**BY ECF & EMAIL**
Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Hong Zhong, 18 Cr. 159 (KMK)**

Dear Judge Karas:

    The Government respectfully requests that the sentencing scheduled for March 23, 2020 in the above-referenced matter be adjourned in light of COVID-19, the concomitant recommendations that travel and in-person meetings be minimized to the extent possible, and in particular in light of the fact that the defendant is not presently in custody. The Government respectfully requests that the Court adjourn the sentencing for two to three months, but in any event at least until after April 27, 2020, the date until which all jury trials in the District have been suspended. Defense counsel Barry Goldberg, Esq., consents to an adjournment.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

    By:    /s/ Allison Nichols
        Allison Nichols / Jessica Feinstein /
        Jamie Bagliebter
        Assistant United States Attorneys
        (212) 637-2366

Cc:    Barry Goldberg, Esq. (by ECF)

*Granted.*

*Sentence is moved to May 19, 2020, at 2:00.*

*So Ordered.*

*KMK 3/23/20*